# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS C. CORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 06-3176-CV-S-FJG-SSA |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Application for Leave to File Civil Action In Forma Pauperis (Doc. No. 1). Together with said motion is Plaintiff's Affidavit of Financial Status.

Pursuant to 28 U.S.C. § 1915, this Court may authorize the commencement or prosecution of any suit without prepayment of fees when an applicant files an affidavit stating that he is unable to pay the costs of the lawsuit, and the Court determines that the lawsuit is not frivolous or malicious.

The Court must exercise its discretion in determining whether an applicant is sufficiently impoverished to qualify under § 1915. Cross v. Gen. Motors Corp., 721 F.2d 1152, 1157 (8th Cir. 1983). Such showing of poverty is sufficient if the applicant would become completely destitute or be forced to give up the basic necessities of life if required to pay the costs of the lawsuit. Adkins v. E.I. Du Pont De Nemours & Co., 335 U.S. 331, 339 (1948); Local Rule 83.7(a) (1999).

Plaintiff's Affidavit reveals that he is married and lives with his spouse. Plaintiff

states in his affidavit that he is currently unemployed, and states he was previously employed with Iroan Worker's Local 601 for two years, earning a net income of $3,200 per month. Plaintiff lists no employment for his spouse.

Plaintiff owns a mobile home, and estimates its present value at $1,000. Plaintiff further indicates he owns a 1988 Ford Bronco, and estimates its present value at $800. Plaintiff indicates that he has $45.00 cash on hand, in his checking account at the Great Southern Bank of Ava. Plaintiff indicates that he receives $278.00 in food stamps per month. Plaintiff reports that his monthly mortgage payments are $150, his monthly grocery expenses $250, his electric bill $40, and his telephone bill $40. Plaintiff further reports he pays $50 per month toward a $13,330 balance owed to Butte County Child Support, and $10 per month toward a $370 balance owed to J.C. Penney.

Based upon the information provided in plaintiff's affidavit, the Court believes that plaintiff is sufficiently impoverished to be permitted to proceed in forma pauperis. Therefore, the Court will grant plaintiff's application for leave to file this civil action in forma pauperis. Additionally, the Court finds that Plaintiff's complaint is not barred by 28 U.S.C. § 1915(e)(2)(B). The complaint does not appear to be frivolous, nor does it appear to state a claim on which relief cannot be granted or seek monetary relief against a defendant who is immune from such relief.

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 1) is GRANTED;

2. because this case is included in the Case Management/Electronic Case Filing system, plaintiff's counsel shall be responsible for electronically filing the Complaint on or before May 12, 2006; and

3. plaintiff shall be responsible for serving process in the manner described in Federal Rule of Civil Procedure 4(I).


Date: May 8, 2006                           **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                        Fernando J. Gaitan, Jr.
                                             United States District Judge